**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 244 EAL 2017
                                                     :
               Respondent               :
                                                     :   Petition for Allowance of Appeal from
                                                     :   the Order of the Superior Court
               v.                      :
                                                       :
                                                       :
JAMEL S. FORD,                          :
                                                       :
               Petitioner                 :

## ORDER

**PER CURIAM**

      **AND NOW**, this 24th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.